THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WALTER TAFELSKI, Appellant.

Submitted April 12, 1954; decided April 22, 1954.

*John F. Dwyer, District Attorney (Robert A. Burrell* of counsel), for motion.

*Walter Tafelski,* in person, opposed.

Motion granted and appeal dismissed.